IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR VARNEY, | |
| Petitioner, | 8:25CV477 |
| vs. | |
| ROB JEFFREYS, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court for case management. On January 20, 2026, the Court received and docketed Petitioner's brief in response to the Respondent's answer and brief. Filing No. 15. Petitioner's brief was signed and notarized on January 6, 2026, and includes a certificate of service stating the brief was served on Respondent on that same date through the prison's institutional mailing system. Filing No. 15 at 12. Petitioner's brief is postmarked January 15, 2026. Filing No. 15 at 13. Upon review, the Court finds Petitioner's brief was timely filed before the July 14, 2026, deadline pursuant to the prison mailbox rule. *See United States v. Harrison*, 469 F.3d 1216, 1217 (8th Cir. 2006) ("Under the prison mailbox rule, a pro se pleading is deemed filed upon deposit in the prison mail system prior to the expiration of the filing deadline.").

IT IS THEREFORE ORDERED that:

1. Petitioner's brief is deemed timely filed.

2. Respondent shall have until February 19, 2026, to file and serve a reply brief.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 19, 2026**: check for Respondent's reply brief.

Dated this 20th day of January, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge